IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CICERO C. MAPLE,<br><br>    Defendant. | CASE NUMBER: 14-CR-30024-MJR<br><br>18 U.S.C. § 922(g)(1);<br>28 U.S.C. § 2461(c) |

## STIPULATION OF FACTS

1. On or about October 25, 2013, in Madison County, within the Southern District of Illinois, the Defendant knowingly possessed the firearm named in the Indictment, a .45 caliber HiPoint, Model JHP45, semi-automatic pistol, bearing serial number 4229060.

2. Prior to Defendant's possession of the firearm on October 25, 2013, the Defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year – namely: Possession of Marijuana, in violation of Section 195.202 of the Missouri Revised Statutes, in St. Louis County, Missouri, Case No. 2104R-01448-01, on or about August 27, 2009.

3. The firearm was manufactured outside of the State of Illinois; hence, this firearm traveled in and affected interstate commerce prior to Defendant's possession of it on October 25, 2013.

4. The Defendant agrees to forfeit any interest in the 45 caliber HiPoint, Model JHP45, semi-automatic pistol, bearing serial number 4229060, and any and all ammunition contained within.

## SO STIPULATED:

_[signature]_
Cicero C. Maple
Defendant

_[signature]_
Todd M. Schultz
Attorney for Defendant

Date: 04-25-14

STEPHEN R. WIGGINTON
United States Attorney

_[signature]_
Stephen B. Clark
Assistant United States Attorney

Date: 4/25/14